**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Kevin Antonio Williams,<br><br>Defendant. | No. CR-22-01214-001-PHX-DLR<br><br>**ORDER** |

Before the Court is Defendant Kevin Antonio Williams's motion for sentence reduction. (Doc. 125.) The motion is fully briefed and for the reasons set forth herein is denied.

Defendant's motion is brought pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."). He requests a sentence reduction under two provisions of the revised U.S.S.G., arguing for a two-level reduction in his offense level pursuant to Amendment 821 of the U.S.S.G. However, neither Part A of Amendment 821, the "Status Points" provision, nor Part B, the "Zero-Point" provision applies.

The Status Points provision is inapplicable because Defendant did not commit the offense of conviction while under another criminal justice sentence. The Zero-Point provision does not apply because at sentencing he received one criminal history point for a prior criminal conviction. The Zero-Point provision allows a reduction of two levels if a

1  defendant has zero criminal history points. In any event, the Court adopted the presentence
2  report which found that Defendant possessed a firearm in connection with the offense. The
3  possession of a firearm in connection with the offense excludes Defendant from relief
4  under Amendment 821. *See* U.S.S.G. § 4c1.1(A)(7) (2023).

5  Finally, at sentencing, the Court found Defendant's guideline range to be 262 to 237
6  months. In imposing the sentence, however, the Court varied down, sentencing Defendant
7  to eighty months imprisonment. If the Court were to grant the two-level Zero-Point
8  offender reduction requested by Defendant, the guideline range would be 210 to 262
9  months. The eighty-month sentence is well below the guideline range Defendant seeks.

10  **IT IS ORDERED** that Defendant's motion for sentence reduction (Doc. 125) is
11  **DENIED**.

12  Dated this 26th day of February, 2025.

Douglas L. Rayes
Senior United States District Judge